IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2008 OCT -6 PM 1:13

EDWARD DEVOUN JOHNSON, )
)
    Petitioner, )
)
v. ) CASE NO. CV408-063
)
AL ST. LAWRENCE, et al., )
)
    Respondents. )
)

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed.[1] The Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.[2] Accordingly, the case is **DISMISSED without prejudice** and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 6th day of October, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Petitioner filed a "Report and Recommendation," (Doc. 23), which the Court construes as his objections. In the objections, Petitioner appears to agree with the Magistrate Judge's Report and Recommendations that the case must be dismissed. (Id.) (stating that Petitioner has "no further objection to the Magistrate Judge rulings and asking this Court to Dismiss this petition without prejudice")

[2] The Court **DENIES** Petitioner's "Motion to Continue Case to Exhaust State Remedies." (Doc. 19.)